```
 1  McGREGOR W. SCOTT
    United States Attorney                    FILED
 2  KENNETH J. MELIKIAN
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100                MAR - 6 2008
    Sacramento, California  95814
 4  Telephone:  (916) 554-2700           CLERK, U.S. DISTRICT COURT
                                         EASTERN DISTRICT OF CALIFORNIA
 5                                       BY _____
                                                   DEPUTY CLERK
 6
 7              IN THE UNITED STATES DISTRICT COURT
 8           FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10                                         2:08-CR-0107 RCD
11  UNITED STATES OF AMERICA,    )    CR. No. S-
                                 )
12           Plaintiff,          )    ORDER TO SEAL
                                 )    (UNDER SEAL)
13       v.                      )
                                 )         SEALED
14  KULWANT SINGH GILL,          )
                                 )
15           Defendant.          )
    _____)
16
17       The Court hereby orders that the Indictment, the Petition of
18  Assistant U.S. Attorney KENNETH J. MELIKIAN to Seal the Indictment,
19  and Order dated in the above-referenced case shall be sealed until
20  the arrest of the defendant, or until further order of the Court.
21
22       IT IS SO ORDERED.
23
24  DATED: 3-6-08              _____
                               HONORABLE EDMUND F. BRENNAN
25                             UNITED STATES MAGISTRATE JUDGE
26
27
28
                                 1
```