1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,

12                          Plaintiff,

13            v.                            CR. NO. S-06-312 LKK

14   KULWANT SINGH GILL,

15                          Defendant.
     _____/
16   UNITED STATES OF AMERICA,

17                          Plaintiff,

18            v.                            CR. NO. S-08-107 FCD

19   KULWANT SINGH GILL,

                                           **RELATED CASE ORDER**
20
                            Defendant.
21   _____/

22       Examination of the above-entitled criminal actions reveals

23   that the actions are related within the meaning of Local Rule 83-

24   123, E.D. Cal. (1997).   For the reasons set forth in the

25   government's Notice of Related Cases, the assignment of the matters

26   to the same judge is likely to effect a substantial savings of

1  judicial  effort  and  is  also  likely  to  be  convenient  for  the

2  parties.

3      The  parties  should  be  aware  that  relating  the  cases  under

4  Local  Rules  83-123  merely  has  the  result  that  the  actions  are

5  assigned  to  the  same  judge;  no  consolidation  of  the  actions  is

6  effected.   Under  the  regular  practice  of  this  court,  related  cases

7  are  generally  assigned  to  the  judge  to  whom  the  first  filed  action

8  was  assigned.

9      IT  IS  THEREFORE  ORDERED  that  the  action  denominated  CR.  NO.

10  S-08-107  FCD  be,  and  the  same  hereby  is,  reassigned  to  Judge

11  Lawrence  K.  Karlton  for  all  further  proceedings.   Henceforth  the

12  caption  on  all  documents  filed  in  the  reassigned  case  shall  be

13  shown  as  CR.  NO.  S-08-107  LKK.

14      IT  IS  FURTHER  ORDERED  that  the  Clerk  of  the  Court  make

15  appropriate  adjustment  in  the  assignment  of  criminal  cases  to

16  compensate  for  this  reassignment.

17      DATED:   March  12,  2008.

18

19

20                                    LAWRENCE  K.  KARLTON
                                      SENIOR  JUDGE
21                                    UNITED  STATES  DISTRICT  COURT

22

23

24

25

26

2