McGREGOR W. SCOTT
United States Attorney
KENNETH J. MELIKIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, Ca.  95814
Telephone:  (916) 554-2700

IN THE  UNITED  STATES  DISTRICT  COURT  FOR  THE

EASTERN  DISTRICT  OF  CALIFORNIA

UNITED STATES OF AMERICA,      )   CR. NO. S-06-312 LKK
                               )
                 Plaintiff,    )   CR. NO. S-08-107 LKK
                               )
                               )   SUMMARY ORDER
KULWANT SINGH GILL,            )
                               )
                 Defendant.    )
_____)

     The above cases came before the court for status conferences

on March 25, 2008.  Plaintiff United States of America was

represented by Assistant U.S. Attorney Kenneth J. Melikian.  The

defendant appeared in custody, and he was represented by Johnny L.

Griffin.

     Mr. Griffin requested that the status conferences in these

cases be continued to May 13, 2008.  Mr. Melikian indicated that,

as Mr. Griffin was recently retained in both cases, and as he had

a significant amount of discovery to examine, the government had

no objection to the requested continuance.

     The parties agreed to an exclusion of time from the Speedy

Trial Act through May 13th on both cases, and the defendant

1   personally agreed to an exclusion of time through that date on

2   both cases.

3       ACCORDINGLY:  These matters are set for status conference on

4   May 13, 2008.  Pursuant to the agreement of both parties, time is

5   excluded on both cases through May 13, 2008, from computation

6   under the Speedy Trial Act pursuant to local code T4 (18 U.S.C.

7   § 3161(h)(8)(B)(iv)) in order to afford the defendant reasonable

8   time to prepare his cases.

9

10      IT IS SO ORDERED.

11

12  DATED: April 3, 2008

13                                  LAWRENCE K. KARLTON

14                                  SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT

15

16

17

18

19

20

21

22

23

24

25

26

27

28