**PAUL N. PURI**
**ATTORNEY [SBN 225741]**
PAUL PURI & ASSOCIATES
225 Bush Street, 16th Floor
San Francisco, California 94104
Telephone (415) 295-4799
Facsimile (415) 295-4798
Email attorney@paulpuri.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>KULWANT SINGH GILL,<br><br>    Defendant | Criminal Docket Number **08-00107 LKK**<br><br>**NOTICE OF APPEARANCE, MOTION FOR SUBSTITUTION OF ATTORNEY AND ORDER**<br><br>DATE: May 5, 2008<br><br>BEFORE THE HONORABLE JUDGE LAWRENCE K. KARLTON |

TO THE CLERK OF THE ABOVE-ENTITLED COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Paul N. Puri has been retained by and enters his appearance on behalf of **KULWANT SINGH GILL** in the above-entitled matter. Mr. Gill's current attorney of record Johnny L. Griffin III hereby substitutes Paul N. Puri, The Law Offices of Paul Puri & Associates, 225 Bush Street, 16th Floor, San Francisco, California 94104, as counsel of record instead of Johnny L. Griffin III.

Dated: May 5, 2008                    /s/ Johnny L. Griffin
                                      _____
                                      JOHNNY L. GRIFFIN III
                                      Attorney at Law

Dated: May 5, 2008                    /s/ Kulwant Singh Gill
                                      _____
                                      KULWANT SINGH GILL

THE LAW OFFICES OF PAUL PURI & ASSOCIATES

GILL, KULWANT / SUBSTITUTION OF ATTORNEY - 1

| | |
|---|---|
| Dated: May 5, 2008 | /s/ Paul N. Puri |
| | _____ |
| | PAUL N. PURI |
| | Attorney at Law |

I accept the above substitution.               /s/ Paul N. Puri
                                               _____
                                               PAUL N. PURI
                                               Attorney at Law

**IT IS SO ORDERED.**

Dated: May 6, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT