UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br><br><br>KULWANT SINGH GILL,<br><br>Defendant | No. 2:08-cr-00107-LKK<br><br>**STIPULATION & PROPOSED TRAVEL ORDER**<br><br><br><br><br><br>HONORABLE MAGISTRATE JUDGE DALE A. DROZD |
|---|---|

The parties and United States Pre-Trial Services Officer Rebecca Fidelman have conferred and agreed that Kulwant Singh should be allowed to travel to Sacramento, California on Thanksgiving Day, 2008, from 11:00 am t0 11:00 pm for the purpose of attending a family gathering.

Dated: November 26, 2008 

\_\_\_\_\_/s/_____
Martin Sabelli
Counsel for Kulwant Gill

Dated: November 26, 2008

\_\_\_\_\_/s/_____
Ken Melikian
Assistant United States Attorney
(Signed by Martin Sabelli at Request of Ken Melikian)

PAUL PURI & ASSOCIATES

1  GOOD CAUSE APPEARING, Kulwant Gill is hereby authorized to attend a
2  family gathering in Sacramento on Thanksgiving Day and be allowed to leave his
3
4  home at 11:00 am and return to his home at 11:00 pm that same day.
5
6  Date: November 26, 2008
7  HON. DALE A. DROZD
   UNITED STATES MAGISTRATE
   JUDGE