UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:08-cr-00107-LKK |
|---|---|
| Plaintiff, | |
| | **STIPULATION AND [PROPOSED] ORDER FOR CHRISTMAS AND NEW YEAR'S TRAVEL** |
| vs. | |
| KULWANT SINGH GILL, | |
| Defendant | HONORABLE MAGISTRATE JUDGE DALE A. DROZD |

Undersigned counsel for Mr. Gill hereby requests that Kulwant Singh should be allowed to travel to attend church and family gatherings on Christmas Eve, Christmas Day, New Year's Eve, and New Year's Day in Sacramento, California, and the surrounding area, including Midnight Mass on Christmas Eve.

The United States has no objection.

Undersigned counsel has conferred with United States Pre-Trial Services Officer Rebecca Fidelman.  Ms. Fidelman has no objection to this request as long as Mr. Gill provides a schedule of events (including his travel plans) to her by 12:00 pm on Wednesday, December 24, 2008.

Dated:  December 22, 2008            _____/s/_____
                                                           Martin Sabelli

Dated:  December 23, 2008            _____/s/_____
                                                           Ken Melikian, AUSA

PAUL PURI & ASSOCIATES

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:08-cr-00107-LKK |
|---|---|
| Plaintiff, | [PROPOSED] ORDER RE CHRISTMAS AND NEW YEAR'S TRAVEL |
| vs. | |
| KULWANT SINGH GILL, | HONORABLE MAGISTRATE JUDGE DALE A. DROZD |
| Defendant | |

Counsel for Kulwant Singh has requested that Mr. Gill be allowed to travel to attend church and family gatherings on Christmas Eve, Christmas Day, New Year's Eve, and New Year's Day in Sacramento, California, and the surrounding area, including Midnight Mass on Christmas Eve.

United States Pre-Trial Services Officer Rebecca Fidelman has no objection to this request as long as Mr. Gill provides a schedule of events (including his travel plans) to her by 12:00 pm on Wednesday, December 24, 2008.

///

PAUL PURI & ASSOCIATES

GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED THAT Kulwant Gill is hereby authorized to attend church and family gatherings on Christmas Eve, Christmas Day, New Year's Eve, and New Year's Day in Sacramento, California, and the surrounding area, including Midnight Mass on Christmas Eve.

Date: December 23, 2008

for HON. DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

PAUL PURI & ASSOCIATES