```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  KENNETH J. MELIKIAN
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, Ca.  95814
 4  Telephone:  (916) 554-2700
 5
 6
 7               IN THE UNITED STATES DISTRICT COURT FOR THE
 8                     EASTERN DISTRICT OF CALIFORNIA
 9
10
11  UNITED STATES OF AMERICA,    )  CR. NO. S-06-312 LKK
                                 )
12           Plaintiff,          )  CR. NO. S-08-107 LKK
                                 )
13       v.                      )
                                 )  STIPULATION; ORDER
14  KULWANT SINGH GILL,          )
                                 )
15           Defendant.          )
    _____)
16
17       Defendant Kulwant Singh Gill, through Martin A. Sabelli,
18  Attorney At Law, and the United States of America, through
19  Assistant U.S. Attorney Kenneth J. Melikian, agree that the status
20  conference scheduled for March 3, 2009, be vacated.  The parties
21  further stipulate that a status conference be placed on the
22  court's May 5, 2009, calendar.
23       The parties have started serious settlement discussions.
24  Because of the prosecutor's recent illness, and his participation
25  in a trial shortly after his return, more time is needed to
26  complete those negotiations.  Considering the schedules and
27  availability of both counsel, it is anticipated that the earliest
28  a possible guilty plea could be entered would be May 5th.
                                   1
```

For these reasons, the parties request that a status conference in this case be scheduled for May 5, 2009.  The parties further agree that time should be excluded through   May 5, 2009, from computation under the Speedy Trial Act pursuant to local code T4 (18 U.S.C. § 3161(h)(8)(B)(iv)) in order to allow defense counsel to prepare his case.

DATED: February 27, 2009         Very truly yours,

                                 McGREGOR W. SCOTT
                                 United States Attorney


                                 By: /s/ Kenneth J. Melikian
                                 KENNETH J. MELIKIAN
                                 Assistant U.S. Attorney

DATED: February 27, 2009         /s/ Kenneth J. Melikian
                                 MARTIN A. SABELLI
                                 Attorney for Defendant
                                 (Signed by Kenneth J. Melikian
                                 per telephonic authorization by
                                 Martin A. Sabelli)



    IT IS SO ORDERED.


DATED: March 2, 2009

                                 _____
                                 LAWRENCE K. KARLTON
                                 SENIOR JUDGE
                                 UNITED STATES DISTRICT COURT