```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  PHILLIP A. TALBERT
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, Ca.  95814
 4  Telephone:  (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. S-06-312 LKK |
| ) | |
| Plaintiff, ) | CR. NO. S-08-107 LKK |
| ) | |
| v. ) | **SECOND AMENDED** STIPULATION AND |
| ) | ORDER REGARDING CONTINUANCE OF |
| KULWANT SINGH GILL, ) | STATUS CONFERENCE |
| ) | |
| Defendant. ) | |
| _____ ) | |

Defendant Kulwant Singh Gill, through Martin A. Sabelli, Attorney At Law, and the United States of America, through Assistant U.S. Attorney Phillip A. Talbert, stipulate and agree that the status conference scheduled for May 5, 2009, be vacated, that a new status conference be scheduled for June 30, 2009, at **9:15 a.m.,** and that time be excluded under the Speedy Trial Act.

The parties have started serious settlement discussions.  The Assistant U.S. Attorney who was assigned to the case, however, has recently left the office and the case is being reassigned. Additionally, defense counsel has a conflict that will prevent him from attending court in Sacramento on May 5.

///

1

For these reasons, the parties request that the May 5 status conference be vacated and that a status conference be scheduled for June 30, 2009 on the Court's calendar. The parties further agree and request that time be excluded from May 5, 2009 through June 30, 2009, from computation under the Speedy Trial Act pursuant to local code T4 (18 U.S.C. § 3161(h)(8)(B)(iv)) in order to allow defense counsel to continue to prepare his case and to allow the parties to continue their settlement discussions and based on a finding by the Court that the ends of justice served by granting a continuance outweigh the best interest of the public and defendant in a speedy trial.

DATED: May 4, 2009

Very truly yours,

LAWRENCE G. BROWN  
Acting United States Attorney

/s/ Phillip A. Talbert

By  
  PHILLIP A. TALBERT  
Assistant U.S. Attorney

DATED: May 4, 2009

/s/ Martin A. Sabelli  
MARTIN A. SABELLI  
Attorney for Defendant  
(Signed by Phillip A. Talbert per authorization by Martin A. Sabelli)

IT IS SO ORDERED.

DATED: May 4, 2009

LAWRENCE K. KARLTON  
SENIOR JUDGE  
UNITED STATES DISTRICT COURT