1  LAWRENCE G. BROWN
   Acting United States Attorney
2  LAUREL LOOMIS RIMON
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2754

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR. NO. S-06-312 LKK |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) | CR. NO. S-08-107 LKK |
|  | ) |  |
| v. | ) |  |
|  | ) | STIPULATION AND |
| KULWANT SINGH GILL, | ) | ORDER REGARDING CONTINUANCE |
|  | ) | OF STATUS CONFERENCE |
|  | ) |  |
| Defendant. | ) |  |
| _____ | ) |  |

   Defendant Kulwant Singh Gill, through Martin A. Sabelli, Attorney At Law, and the United States of America, through Assistant U.S. Attorney Laurel Loomis Rimon, stipulate and agree that the status conference scheduled for June 30, 2009, be vacated, that a new status conference be scheduled for August 4, 2009, at **9:15 a.m.**, and that time be excluded under the Speedy Trial Act.

   The parties have begun serious settlement discussions. However, such discussions were interrupted by the departure of the previously-assigned Assistant U.S. Attorney and reassignment of the case to a new Assistant U.S. Attorney.  Also, more time is needed due to defense counsel's schedule, which requires him to

1

be out of the office for separate periods during the next several weeks for trial and other reasons.

For these reasons, the parties request that the June 30, 2009 status conference be vacated and that a status conference be scheduled for August 4, 2009 on the Court's calendar. The parties further agree and request that the time be excluded from June 30, 2009 through August 4, 2009, from computation under the Speedy Trial Act pursuant to local code T4 (18 U.S.C. § 3161(h)(8)(B)(iv)) in order to allow the parties sufficient time to continue their settlement discussions and based on a finding by the Court that the ends of justice served by granting a continuance outweigh the best interest of the public and defendant in a speedy trial.

Respectfully Submitted,

LAWRENCE G. BROWN
Acting United States Attorney

DATE: June 24, 2009        By:    /s/ Laurel Loomis Rimon
                                  LAUREL LOOMIS RIMON
                                  Assistant U.S. Attorney

DATE: June 24, 2009               /s/ Laurel Loomis Rimon
                                  MARTIN A. SABELLI
                                  Attorney for Defendant

**IT IS SO ORDERED.**

DATE: June 24, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT