UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br><br>KULWANT SINGH GILL,<br>　　　　Defendant | No. 06-cr-0312-LKK<br><br>No. 2:08-cr-00107-LKK<br><br>**STIPULATION AND ORDER REGARDING TRAVEL JULY 3, 2009**<br><br><br><br>HONORABLE MAGISTRATE JUDGE DALE A. DROZD |

　　　Undersigned counsel for Mr. Gill hereby requests that he be allowed to travel to attend a family function on Saturday, July 4, 2009 from 1:00 pm until midnight. The function, a barbeque, will be held at 3655 Madrone Way, Sacramento, CA, 95834.

　　　The United States has no objection.

　　　United States Pre-Trial Services Officer Rebecca Fidelman has no objection to this request.

Dated:  July 1, 2009　　　　　　　　　　MARTIN SABELLI/s/
　　　　　　　　　　　　　　　　　　　　Martin Sabelli
　　　　　　　　　　　　　　　　　　　　Counsel for Kulwant Gill

Dated:  July 1, 2009　　　　　　　　　　Laurel Rimon /s/
　　　　　　　　　　　　　　　　　　　　Laurel Rimon
　　　　　　　　　　　　　　　　　　　　Counsel for the United States



UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br><br>KULWANT SINGH GILL,<br><br>          Defendant | No. 2:08-cr-00107-LKK<br><br>**ORDER** |

GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED THAT Kulwant Gill is hereby authorized to attend a family function on Saturday, July 4, 2009 from 1:00 pm until midnight. The function, a barbeque, will be held at 3655 Madrone Way, Sacramento, CA, 95834.

DATED:  July 2, 2009.

_____
U.S. MAGISTRATE JUDGE