UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>KULWANT SINGH GILL,<br><br>    Defendant | No. 06-cr-0312-LKK<br><br>No. 2:08-cr-00107-LKK<br><br>**STIPULATION AND ORDER REGARDING TRAVEL** |

    Mr. Gill hereby requests that he be allowed to attend his son's high school basketball games (as his son is being recruited by colleges). Because the times of the games vary, Mr. Gill would request that United States Pre-Trial Services have the discretion to approve dates and times.

    Mr. Gill also requests that he be allowed to attend the wedding reception for a family member in Cameron Park in Folsom, California, with the prior approval of date and time by United States Pre-Trial Services.

    The United States has no objection to these requests.

/ / /

/ / /

/ / /

United States Pre-Trial Services Officer Rebecca Fidelman has no objection to these requests.

| | |
|---|---|
| Dated:  January 16, 2010 | MARTIN SABELLI/s/<br>Martin Sabelli<br>Counsel for Kulwant Gill |
| Dated:  January 16, 2010 | Laurel Rimon /s/<br>Laurel Rimon<br>Counsel for the United States |

GOOD CAUSE APPEARING,

IT IS SO ORDERED.

Date: January 19, 2010.

_____
U.S. MAGISTRATE JUDGE