MARTIN SABELLI (164772)
Law Offices of Martin A. Sabelli
149 Natoma Street, Third Floor
San Francisco, CA 94105
Tel: (415) 284-9806
Fax: (415) 520-5810
msabelli@comcast.net

Attorney for KULWANT GILL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 06-cr-0312-LKK |
|---|---|
| Plaintiff, | No. 08-cr-00107-LKK |
| | **ORDER RE MOTION TO CONTINUE SENTENCING DATE** |
| vs. | |
| KULWANT SINGH GILL, | |
| Defendant | |

For good shown, and based upon the need for continuity of counsel and the need to develop expert mitigation evidence,

IT IS HEREBY ORDERED THAT:

The sentencing in this matter is hereby continued to October 19, 2010 at 9:15 AM.

Dated: February 4, 2010

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT