MARTIN A. SABELLI (164772)
149 Natoma Street, 3rd Floor
San Francisco, CA 94105
Tel:   (415) 284-9806
Fax:   (415) 520-5810
msabelli@comcast.net

Attorney for Kulwant Gill

FILED
MAY 25 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KULWANT SINGH GILL,<br><br>Defendant | No. 06-cr-0312-LKK<br><br>No. 2:08-cr-00107-LKK<br><br>STIPULATION AND [~~PROPOSED~~] *and* ORDER REGARDING TRAVEL |

Undersigned counsel for Mr. Gill hereby requests that Mr. Gill be allowed to attend his son's high school graduation, and a family celebration for that graduation, on Friday, May 28, 2010 from 10:00 am on May 28, 2010 until 12:00 am on May 29, 2010.  He shall advise United States Pre-Trial Services Officer Rebecca Fidelman of the address for each event.  He shall not leave the Eastern District of California.

The United States has no objection to this request.

1 | United States Pre-Trial Services Officer Rebecca Fidelman has no objection
2 | to this request.

Dated: May 24, 2010                                MARTIN SABELLI/s/
                                                   Martin Sabelli
                                                   Counsel for Kulwant Gill

Dated: May 24, 2010                                Laurel Rimon /s/
                                                   Laurel Rimon
                                                   Counsel for the United States

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>KULWANT SINGH GILL,<br><br>  Defendant | No. 06-cr-0312-LKK<br>No. 2:08-cr-00107-LKK<br><br>[~~PROPOSED~~] *And* ORDER<br><br><br><br>UNITED STATES MAGISTRATE DALE DROZD |

GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED THAT Mr. Gill be allowed to attend his son's high school graduation, and a family celebration for that graduation, on Friday, May 28, 2010 from 10:00 am on May 28, 2010 until 12:00 am on May 29, 2010. He shall advise United States Pre-Trial Services Officer Rebecca Fidelman of the address for each event. He shall not leave the Eastern District of California.

Date: May 25, 2010

HON. DALE DROZD
UNITED STATES MAGISTRATE JUDGE