UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>KULWANT SINGH GILL,<br><br>　　　　Defendant | No. 2:08-cr-00107-LKK<br>No. 06-cr-00312-LKK<br><br>**ORDER** |

GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED THAT the sentencing in these matters be continued to February 15, 2011 in order to complete preparation of the Pre-Sentence Report in this matter.

The schedule shall be as follows:

| | |
|---|---|
| Judgment and Sentencing date: | <u>2/15/2011 at 9:15AM</u> |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | <u>2/8/2011</u> |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | <u>2/1/2011</u> |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | <u>1/18/2011</u> |

| | | |
|---|---|---|
| 1 | The proposed Presentence Report shall be disclosed to counsel no later than: | 1/11/2011 |

Date: October 14, 2010

LAWRENCE K. KARLTON  
SENIOR JUDGE  
UNITED STATES DISTRICT COURT