UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br><br>KULWANT SINGH GILL,<br><br>　　　　Defendant | No. 2:08-cr-00107-LKK<br><br>**ORDER REGARDING TRAVEL**<br><br><br><br>HONORABLE MAGISTRATE JUDGE GREGORY HOLLOWS |

　　　GOOD CAUSE APPEARING,

　　　IT IS HEREBY ORDERED that Kulwant Gill is authorized to attend family gatherings, religious services, and associated events from November 5, 2010 to December 31, 2010.  All times and locations will be approved in advance by the United States Pre-trial Officer.

　　　The requested activities include:

1. Sikh Parade
   2468 Tierra Buena Road
   Yuba City, CA 95993
   November 5, 2010 from 2:00 pm to 10:00 pm.
   November 6, 2010 from 2:00 pm 10:00 pm.
   November 7, 2010 from 9:00 am to 10:00 pm.

2. Family Wedding
   251 Shrike Circle
   Sacramento, CA 95834
   November 11, 2010 from 6:00 pm to 12:00 am.
   November 12, 2010 from 6:00 pm to 12:00 am.

     AND

     Veterans Hall
     1425 Veterans Memorial Circle
     Yuba City, CA 95993
     November 13, 2010 from 4:00 pm to 2:00 am.

3. Thanksgiving
   November 25, 2010 from 3:00 pm to 12:00 am.

4. Family Wedding Reception
   Sacramento Convention Center
   1400 J Street
   Sacramento, CA 95814
   December 4, 2010 from 4:00 pm to 2:30 am.

5. Christmas Day
   December 25, 2010 from 4:00 pm to 12:00 am.

6. New Year's Eve Church Service
   December 31, 2010 from 7:00 pm to 2:00 am.

Date: October 27, 2010.

_____
U.S. MAGISTRATE JUDGE

2