UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 08-cr-00107-LKK |
|---|---|
| Plaintiff, | No. 06-cr-00312-LKK |
|  | **ORDER** |
| vs. |  |
| KULWANT SINGH GILL, |  |
| Defendant |  |

GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED THAT the 8th condition of Mr. Gill's home detention is modified to state the following:

"You shall participate in the following home confinement program components and abide by all the requirements of the program, which will include electronic monitoring.

**CURFEW:** You are restricted to your residence every day from 10:00 p.m. to 8:00 a.m. or as directed by the pretrial services officer."

IT IS SO ORDERED.

Date: April 18, 2011

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE