UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:08-cr-00107-LKK |
|---|---|
| Plaintiff, | No. 06-cr-00312-LKK |
| vs. | **STIPULATION AND ORDER TO ALLOW TRAVEL ON JULY 30 AND 31, 2011** |
| KULWANT SINGH GILL, | |
| Defendant | |

Kulwant Singh Gill through his counsel requests permission to travel to Southern California on Saturday, July 30, 2011, returning Sunday, July 31, 2011.  Mr. Gill's son is a participant in a basketball tournament on these dates and Mr. Gill would like to attend the tournament.  The address of the tournament location is Azusa Pacific University, 901 East Alosta Avenue, Azusa, CA 91702.

The United States has no objection to this request.

United State Pretrial Services has no objection to this request.

Dated: July 27, 2011                _____/s/_____
                                                Martin Sabelli

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:08-cr-00107-LKK |
|---|---|
| Plaintiff, | No. 06-cr-00312-LKK |
| vs. | **ORDER** |
| KULWANT SINGH GILL, | |
| Defendant | |

The court understands that this defendant is subject to the condition of electronic monitoring. After consultation with Pretrial Services, the undersigned suspends that condition only for the period of time set forth in the stipulation. Defendant Gill shall remain on electronic monitoring when he returns.

IT IS HEREBY ORDERED THAT this travel request is GRANTED as set forth above.

Date: July 28, 2011                               /s/ Gregory G. Hollows
                                                 _____
                                                 HON. GREGORY G. HOLLOWS
                                                 U.S. MAGISTRATE JUDGE