IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,                              No. CR S-06-0312 LKK JFM

    vs.

KULWANT SINGH GILL,

    Movant.

_____/

UNITED STATES OF AMERICA,

    Respondent,                              No. CR S-08-0107 LKK JFM

    vs.

KULWANT SINGH GILL,

    Movant.

_____/

       Movant, a federal prisoner proceeding pro se, has filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255.[1] Since movant may be entitled to the requested relief if he can establish a violation of his constitutional rights, respondent is directed

---

[1] Movant has filed one § 2255 motion challenging both of the above-captioned convictions.

1

1  to file an answer within thirty days of the effective date of this order.  See Rule 4, Rules

2  Governing Section 2255 Proceedings.

3  Respondent shall include with the answer any and all transcripts or other

4  documents relevant to the determination of the issues presented in the motion.  Rule 5, Rules

5  Governing Section 2255 Proceedings.  Movant's traverse, if any, is due on or before thirty days

6  from the date respondent's answer is filed.

7  The Clerk of the Court shall serve a copy of this order, together with a copy of

8  movant's motion, on the United States Attorney or his authorized representative.

9  DATED: December 18, 2012.

_____
UNITED STATES MAGISTRATE JUDGE

12
gill0312.206